# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Eric B. Hoover          BK NO. 21-02329 MJC

        Debtor(s)

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

        Kindly enter my appearance on behalf of Freedom Mortgage Corporation and index same on the master mailing list.

        Respectfully submitted,

/s/ *Michael Farrington*

Michael Farrington
15 Nov 2023, 09:42:16, EST

        KML Law Group, P.C.
        BNY Mellon Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA 19106
        215-627-1322

Case 4:21-bk-02329-MJC   Doc 21   Filed 11/15/23   Entered 11/15/23 16:00:31   Desc
Main Document   Page 1 of 1
Document ID: f1f3abad0ea1086784e09b51baea9eefe40da499139450fda644116abad0208