**Fill in this information to identify the case:**

Debtor 1     ERIC B. HOOVER

Debtor 2    
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of Pennsylvania

Case number 4:21-bk-02329-MJC

---

Form 4100R
## Response to Notice of Final Cure Payment     10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of Creditor:** Freedom Mortgage Corporation     **Court claim no. (if known):** 7

**Last 4 digits** of any number you use to identify the debtor's account: 3625

**Property address:** 12 GROUSE DR
Number Street
Lock Haven, PA 17745
City State ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

    The next postpetition payment from the debtor(s) is due on: 12/01/2024
                                                                         MM/DD/YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

    a. Total postpetition ongoing payments due:     (a) $ _____

    b. Total fees, charges, expenses, escrow, and costs outstanding:     +(b) $ _____

    c. **Total**. Add lines a and b.     (c) $ _____

    Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:     _____
                                                                         MM/DD/YYYY

Debtor 1 __ERIC B. HOOVER__  
        First      Middle      Last

Case number *(if known)* __4:21-bk-02329-MJC__

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.  
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ __/s/Mario Hanyon__  
   Signature

Date __12/06/2024__

Print __Mario Hanyon__  
      First Name   Middle Name   Last Name

Title __Attorney__

Company __Brock & Scott, PLLC__

**If different from the notice address listed on the proof of claim to which this response applies:**

Address __3825 Forrestgate Dr.__  
      Number      Street

__Winston-Salem, NC 27103__  
City      State      ZIP Code

Contact phone __844-856-6646__ Email __PABKR@brockandscott.com__

»

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*Williamsport Division*

| | |
|---|---|
| IN RE:<br>ERIC B. HOOVER<br><br>Freedom Mortgage Corporation,<br>    Movant<br><br>vs.<br><br>ERIC B. HOOVER ,<br>    Debtor | Case No. 4:21-bk-02329-MJC<br>Chapter 13 |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that a true and exact copy of the foregoing Response to Notice of Final Cure Payment has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

Frank S Miceli, Debtor's Attorney
146 East Water Street
Lock Haven, PA 17745
fmiceli@robertsmiceli.com;kristy@robertsmiceli.com


Jack N Zaharopoulos, Bankruptcy Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

US Courthouse, US Trustee
1501 N. 6th St
Harrisburg, PA 17102

Via First Class Mail:

Eric B. Hoover
12 Grouse Drive
Lock Haven, PA 17745

Date: <u>December 6, 2024</u>

                                     <u>*/s/Mario Hanyon*</u>
                                     Andrew Spivack, PA Bar No. 84439
                                     Matthew Fissel, PA Bar No. 314567
                                     Mario Hanyon, PA Bar No. 203993
                                     Ryan Starks, PA Bar No. 330002
                                     Jay Jones, PA Bar No. 86657
                                     Attorney for Creditor
                                     BROCK & SCOTT, PLLC
                                     3825 Forrestgate Drive
                                     Winston Salem, NC 27103
                                     Telephone: (844) 856-6646
                                     Facsimile: (704) 369-0760
                                     E-Mail: PABKR@brockandscott.com